DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DIAMOND FLOORPLAN, INC.,** a New York Corporation,
Appellant,

v.

**WESTLAKE FINANCIAL SERVICES** d/b/a **WESTLAKE SERVICES, LLC,**
Appellee.

No. 4D19-101

[July 3, 2019]

Appeal of a non-final order from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; David E. French, Judge; L.T. Case No. 50-2018-CA-001528.

Nathan D. Clark of Coral Reef Law Offices, P.A., Palmetto Bay, for appellant.

Tricia J. Duthiers and Elizabeth A. Henriques of Liebler Gonzalez & Portuondo, Miami, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, GERBER and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***